UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HUTCHINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>J. INFANTE,<br><br>          Defendant. | No.  2:16-cv-0114 AC P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

     In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to

////

////

////

comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 27, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE