UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HUTCHINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. INFANTE,<br><br>        Defendant. | No. 2:16-cv-0114 KJM AC P<br><br><br>ORDER |

By order filed May 3, 2017, the complaint was dismissed with leave to file an amended complaint within thirty days. ECF No. 8. Plaintiff requested an extension of time and was granted an additional thirty days to file his amended complaint. ECF Nos. 11, 12. Thirty days have now passed and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file an amended complaint. Failure to comply with this order will result in a recommendation that this case be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 14, 2017

                                                  ALLISON CLAIRE<br>                                                  UNITED STATES MAGISTRATE JUDGE